Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308
**Case No. 04−53420−mss**

**In re:**
    Kellie J Clayton
    725 Pine Knolls Dr
    Apt 3
    Akron, OH 44310

**Social Security No.:**
    xxx−xx−2780

## FINAL DECREE

The Court, in reliance upon the certification of the United States Trustee, finds that the estate of the within debtor(s) has been:

☑ Fully Administered      ☐ Dismissed

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Kathryn A Belfance is hereby discharged as Trustee of the estate of the above−named debtor and any bond required pursuant to 11 U.S.C. section 322 is cancelled.

☑ The Chapter 7 case of the above−named debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** November 1, 2004      /s/ Marilyn Shea−Stonum
Form ohnb136      United States Bankruptcy Judge